

# TOWN OF FAIRHAVEN

## MASSACHUSETTS

### FIRE DEPARTMENT / EMERGENCY MEDICAL SERVICE

146 Washington Street, Fairhaven, MA 02719

Emergency # 911



**TIMOTHY P. FRANCIS**
Chief of Department

Tel: (508) 994-1428
Fax: (508) 994-1515
Email: chief.francis@verizon.n

---

Honerable Joy Flowers Conti
U.S. District Court, Western District of PA.
Courtroom 5A

Joseph F. Weis Jr.
U.S. Courthouse
700 Grant St.
Pittsburgh, PA. 15219

17-cr-301   FILED

MAY 1 3 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Judge Flowers Conti,

I am writing this letter of support on behalf of my brother, David L. Francis who has been incarcerated in th Allegheny County Jail since October 7th, 2017.

My brother David has always been the most compassionate, respectful and inspiring person I have ever known and I am not just saying that because he is my brother but because the facts speak the truth. To know him is to love him. We, ( family ) are a very tight knit family and were raised by our parents who instilled this meaning in us with this saying, " If one of us gets cut we must all bleed"and I will assure you that since David has been in Jail we are all bleeding from aching hearts. He is a good person who doesn't belong behind bars for the magnitude of false charges that have been bestowed upon him by false accusations. David his highly intelligent who has proofed thru his successes in businesses that he can exceed beyond the imaginable. One of his major successes was that he became the Founding Board Member of The Next Step Foundation, Inc. located right in Pennsylviana which is a drug and alcohol rehabilatation housing for both men and women with addictions . He put his heart and soul into helping other people with addictions change their lifes around and realize that they can do just that with his help and guidence and he did just that. Soon they felt like they had a purpose to want to change. He helped them get back on their feet thru his program which contained group meetings, prayer and constant guidence. As the people progressed thru the program he helped them get their licences back and then helped them arrange job interviews to be able to obtain a job as well as money mangement to better ready themselves for when they are sent back out into the world that they would have direction and a feeling of being able to function on their own.

So, I ask you Judge , " Does this sound like the criminal that they have made him out to be with all the false accusations he is being charged with ?" Not to me and my Family. Well, one thing I am sure of is the fact that there is alot of people that had addictions that went thru his programs and some have probably already written their letters of support to you that can't say enough good things about my brother David and how if it hadn't been for him coming into their lives when he did they would not be alive today. To these graduates of his program, to me and my family he is not fit the description of a CRIMINAL but he does fit the description of a TRUE HERO, that was wronged !

RESPECTFULLY

Chief. Tim Francis