IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Nos.  17-301 & 20-98 |
| ) | |
| DAVID FRANCIS, ) | |
| ) | |
| Defendant. | |

**ORDER OF COURT**

     IT IS HEREBY ORDERED that pursuant to Local Criminal Rule 32 (C), the probation office will prepare a pre-sentence investigation report. Thereafter, the probation office will forward a copy of that report to defense counsel to review with his client prior to sentencing. The probation office will also forward a copy of the report to the Assistant United States Attorney.

     If either party disputes facts contained in the report that are material to sentencing, it will be that party's obligation to seek administrative resolution of that matter through a pre-sentence conference with opposing counsel and the probation officer.   Thereafter, defense counsel and the Assistant United States Attorney will each file with the clerk of court, and serve upon opposing counsel and the probation office, their positions with respect to sentencing factors. This pleading will be accompanied by a written statement certifying that filing counsel has conferred with opposing counsel and the probation office in an attempt to resolve any disputed matter.

     After receipt of the parties' positions, the reporting probation officer will make any necessary investigation and revisions to the report.   In any event, the reporting probation officer

will prepare an addendum to the report that sets forth any objection to the report that has been made by counsel but not resolved, together with the probation officer's comments.  The probation officer will certify that the report, any revisions thereto, and the addendum have been disclosed to the defendant and all counsel and that the addendum fairly sets forth all remaining objections.

No later than **October 28, 2020**, a party may file supplemental information or a memorandum with respect to sentencing of the defendant, and shall serve the same upon the Probation Office. If counsel for the defendant intends to submit letters to the Court for consideration at sentencing, said letters should be electronically filed at least seven calendar days before sentencing. Opposing counsel may file a response to any supplemental information or memorandum no later than three days before sentencing.

Sentencing of defendant will take place on **November 4, 2020 at 10:00 am.**

SO ORDERED this 1st day of July, 2020.

/s/ Joy Flowers Conti
Senior United States District Judge

cc:     All counsel of record